# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LLOYD JOSEPH WEYSHAM, | * | CIVIL ACTION |
| PETITIONER | * | |
| | * | |
| VERSUS | * | NO. 26-cv-0847 |
| | * | |
| TRAVIS DAY, WARDEN | * | SECTION "P" (5) |
| RESPONDENT | * | |

## RESPONDENT'S MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through undersigned counsel, comes Travis Day, Warden, respondent herein, who respectfully requests an additional twenty-one days in which to file a response in the above-captioned matter pursuant to F.R.C.P. Rule 6(b)(1)(A) and Local Civil Rule 7.8.

In support thereof, the respondent submits:

1. The respondent's answer to the petitioner's *habeas corpus* petition, and a certified copy of the state court record, is due May 27, 2026 (Rec. Doc. 8).

2. Due to other matters pending in the 22nd Judicial District Court, the Louisiana First Circuit Court of Appeal, and the Louisiana Supreme Court, the undersigned counsel has not yet finished compiling the state court record or preparing the answer to the habeas corpus petition.

3. The petitioner has not filed into the record an objection to an extension of time.

4. This is the respondent's first motion for extension of time.

WHEREFORE, Respondent prays that it be granted an additional twenty-one days, or

until June 17, 2026, to answer Lloyd Joseph Weysham's *habeas corpus* petition and to produce the state court record in the above-captioned matter.

Respectfully submitted,

/s/ Matthew Caplan
Matthew Caplan
La. Bar No. 31650
Assistant District Attorney
22nd Judicial District
701 N. Columbia Street
Covington, LA 70433

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon petitioner by mailing a copy, postage pre-paid, to:

Lloyd Joseph Weysham, # 732020
Rayburn Correctional Center
27268 Highway 21 North
Angie, LA 70426
*Petitioner, pro se*.

This 28th day of May, 2026, at Covington, Louisiana.

/s/ Matthew Caplan
Matthew Caplan
La. Bar No. 31650
Assistant District Attorney
22nd Judicial District
701 N. Columbia Street
Covington, LA 70433