**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **LLOYD JOSEPH WEYSHAM,** | * | **CIVIL ACTION** |
| **PETITIONER** | * | |
| | * | |
| **VERSUS** | * | **NO. 26-cv-0847** |
| | * | |
| **TRAVIS DAY, WARDEN,** | * | **SECTION "P" (5)** |
| **RESPONDENT** | * | |

**ORDER**

Considering Respondent's *Motion for Extension of Time*;

IT IS HEREBY ORDERED that the Respondent's motion be GRANTED and that the Respondent be given an additional twenty-one (21) days or until June 17, 2026, to produce the state court record and to answer the habeas corpus petition.

New Orleans, Louisiana, this _____ day of _____, 2026.

_____

MAGISTRATE JUDGE