# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LLOYD JOSEPH WEYSHAM,<br>    PETITIONER | * <br> * <br> * | CIVIL ACTION |
| VERSUS | * <br> * | NO. 26-cv-0847 |
| TRAVIS DAY, WARDEN,<br>    RESPONDENT | * <br> * | SECTION "P" (5) |

## ORDER

Considering Respondent's *Motion for Extension of Time*;

IT IS HEREBY ORDERED that the Respondent's motion be GRANTED and that the Respondent be given an additional twenty-one (21) days or until June 17, 2026, to produce the state court record and to answer the habeas corpus petition.

New Orleans, Louisiana, this ___1st___ day of _____June_____, 2026.

_____
MAGISTRATE JUDGE