**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **LLOYD JOSEPH WEYSHAM,** | * | **CIVIL ACTION** |
| **PETITIONER** | * | |
| | * | |
| **VERSUS** | * | **NO. 26-cv-0847** |
| | * | |
| **TRAVIS DAY, WARDEN** | * | **SECTION "P" (5)** |
| **RESPONDENT** | * | |

### RESPONDENT'S SEECOND MOTION FOR EXTENSION OF TIME

NOW INTO COURT, through counsel, comes Travis Day, Warden, respondent herein, who respectfully requests an additional twenty-one days in which to file a response in the above-captioned matter pursuant to F.R.C.P. Rule 6(b)(1)(A) and Local Civil Rule 7.8.

In support thereof, the respondent submits:

1. The respondent's answer to the petitioner's *habeas corpus* petition, and a certified copy of the state court record, is currently due on July 30, 2026 (Rec. Doc. 13)

2. The respondent has not yet completed compiling the state court record or completed the respondent's answer to the habeas corpus application.

3. Since the Court's initial order to answer the petitioner's habeas corpus petition dated April 27, 2026 (Rec. Doc. 8), the undersigned counsel has:

   a. filed six appellee briefs in the Louisiana First Circuit Court of Appeal,[1]

---

[1] State v. Jason Quinn Lee, 2026-KA-0317; State v. Larry Bickham, 2026-KA-0242; State v. Steven Beasley, 2026-CA-0248; State v. Steven Harden, 2026-KA-0186; State v. Chaz Edward Anderson, 2026-KA-0419; State v. Chad Jerome Moore, 2026-KA-0234.

b.      filed one court-ordered writ opposition to the Louisiana Supreme Court,[2] and

c.      answered three applications for post-conviction relief in Louisiana's 22nd Judicial District Court.[3]

4.      Considering counsel's present work load (¶ 3, above), the respondent submits that there is "good cause" for an additional extension of time pursuant to Rule 6(b).

WHEREFORE, Respondent prays that it be granted an additional thirty days, or until July 17, 2026, to answer Lloyd Joseph Weysham's *habeas corpus* petition and to produce the state court record in the above-captioned matter.

Respectfully submitted,

/s/ Matthew Caplan
Matthew Caplan, # 31650
Assistant District Attorney
22nd Judicial District
701 N. Columbia Street
Covington, LA 70433

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon petitioner by mailing a copy, postage pre-paid, to: Lloyd Joseph Weysham, # 732020, Rayburn Correctional Center, 27268 Highway 21 North, Angie, LA 70426.

This 17th day of June, 2026, at Covington, Louisiana.

/s/ Matthew Caplan
Matthew Caplan, # 31650
Assistant District Attorney
22nd Judicial District
701 N. Columbia Street
Covington, LA 70433

---

2   State v. Wesley Joseph Jarrell, 2025-K-1464.

3   State v. Jesse Montejo, 355706 "H" (death penalty case); State v. Rory Dean Vansant, 451177 "J", State v. Kyran Vaughn, 581744 "A".