# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LLOYD JOSEPH WEYSHAM,<br>   PETITIONER | *<br>*<br>* | CIVIL ACTION |
| VERSUS | *<br>* | NO. 26-cv-0847 |
| TRAVIS DAY, WARDEN,<br>   RESPONDENT | *<br>* | SECTION "P" (5) |

## ORDER

Considering Respondent's *Motion for Extension of Time*;

IT IS HEREBY ORDERED that the Respondent's motion be GRANTED and that the Respondent be given an additional thirty (30) days or until July 17, 2026, to produce the state court record and to answer the habeas corpus petition.

New Orleans, Louisiana, this _____ day of _____, 2026.


_____
MAGISTRATE JUDGE