To: Clerk's Office, U.S. District Court
Eastern District of Louisiana

From: Lloyd Joseph Weysham # 732020
Rayburn Corr. Ctr., Rain-3
27268 Hwy. 21 N,
Angie, La, 70426

RE: Lloyd Joseph Weysham vs. Travis Day, Warden
Civil Action No, 26-CV-0847, Section "P" (5)

Date: June 24, 2026


Dear Clerk's Office;
Please find enclosed
my Original Motion For Default Judgment and/or
Judgment On The Pleadings, Please file such immediately
and present to the Court for its review and considera-
tion. The State of Louisiana, doesn't have any stand-
ings whatsoever, that's why they never filed a answer or
response. Therefore the Court should rule in my
favor. Thanks in advance for your time and considera-
tion in this case. I humbly await your response.

Very truly yours,
Lloyd Joseph Weysham

CC: State of La.