Filed 06/29/26    Document 16-2    cv-00847-DJP-MBN

Lloyd Joseph Weysham #732020
Rayburn Corr. Ctr., Rain-3
27268 Hwy. 21 N,
Angie, La, 70426

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 70426    $ 001.61⁰
02 7W
0008028761 JUN 25 2026

Clerk's Office, U.S. District Court
Eastern District of Louisiana
Hale Boggs Federal Bldg,
500 Poydras Street, Room C151
New Orleans, La, 70130

cv-00847-DJP-MBN    Document 16-2    Filed 06/29/26



RECEIVED

JUN 29 2026

EASTERN DISTRICT OF LOUISIANA
CLERK'S OFFICE

NOT CENSORED
NOT RESPONSIBLE FOR CONTENTS

JUN 2 5 2026

RAYBURN CORRECTIONAL CENTER