**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **LLOYD JOSEPH WEYSHAM** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-847** |
| **TRAVIS DAY, WARDEN** | **SECTION "P"(5)** |

## ORDER

Considering Petitioner Lloyd Weysham's Motion for Default Judgment and/or Judgment on the Pleadings (Rec. Doc. 16), **IT IS ORDERED** that Petitioner's motion, based on the alleged untimeliness of respondent's answer, is **DENIED** as moot.  On June 22, 2026, the undersigned entered an order (Rec. Doc. 15) granting respondent 30 additional days, until July 17, 2026, to produce the state court record and to answer the habeas corpus petition.

New Orleans, Louisiana this ____9th____ day of July, 2026.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE