TO: Clerk's Office, U.S. District Court
Eastern District of Louisiana

From: Lloyd Weysham #732020
Rayburn Corr. Ctr., Rain-3
27268 Hwy. 21 N,
Angie, La. 70426

RE: Lloyd Weysham VS. Travis Day, Warden,
Civil Action No; 26-CV-0847; Sec. "p" (5)

Date: July 22, 2026

Dear Clerk's office;
Please find enclosed my
Original Motion To Strike And/or Objections To
Response To Petition For Habeas Corpus Relief.
Please file such immediately and present to the
courts for its review and consideration. I will
close for now, hoping to hear from your office
soon. Thanks in advance for your time and considera-
tion in this case. I humbly await your response.

Very truly yours,
Lloyd J. Weysham

CC: Asst. D.A. Matthew Caplan