Lloyd Weysham # 732020
Rayburn Corr. Ctr, Rain-3
27268 Hwy. 21 N,
Angie La, 70426

NEW ORLEANS LA 700

25 JUL 2026    PM 1  L

ANGIE, LA 70426

JUL 24 2026

USPS

ZIP 70426   $ 001.07⁰
02 7W
0008028761 JUL 23 2026

Clerk's Office, U.S. District Court
Eastern District of Louisiana
Hale Boggs Federal Bldg,
500 Poydras Street, Room C151
New Orleans, La. 70130

RECEIVED

JUL 27 2026    SNS

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEPUTY CLERK

NOT CENSORED
NOT RESPONSIBLE FOR CONTENTS
RAYBURN CORRECTIONAL CENTER
JUL 23 2026